# MEMORANDUM DECISIONS

**1**

Carrie E. ADAMS v. A. N. ADAMS. (Supreme Court of Texas. Oct. 24, 1923.) For opinion of Court of Civil Appeals, see 253 S. W. 605.

PER CURIAM. Writ of error dismissed for want of jurisdiction. We do not think the Court of Civil Appeals intended to hold that there was error in excluding the testimony of Elmo Willard, set out in bill of exceptions No. 17.

**2**

M. L. ALLEN v. Mack CAMAROS. (Supreme Court of Texas. April 4, 1923.) For opinion of Court of Civil Appeals, see 247 S. W. 333.

PER CURIAM. Writ of error dismissed for want of jurisdiction. Application filed more than 30 days after the overruling of motion for new trial. See Long v. Martin (Sup.) 247 S. W. 827.

**3**

E. V. ALTMAN v. C. B. BROWN. (Supreme Court of Texas. June 12, 1924.) For opinion of Court of Civil Appeals, see 261 S. W. 171. Writ of error dismissed for want of jurisdiction. See Decker v. Kirlicks, 112 Tex. 90, 216 S. W. 385.

**4**

AMERICAN REFINING CO. v. TIDAL WESTERN OIL CORPORATION. (Supreme Court of Texas. Dec. 3, 1924.) For opinion of Court of Civil Appeals, see 264 S. W. 335.

PER CURIAM. Writ of error refused. This case was rightly decided on the facts, regardless of some of the reasons given by the Court of Civil Appeals in its opinion.

**5**

BUSINESS MEN'S OIL CO. v. PRIDDY. (Supreme Court of Texas. April 11, 1923.) For opinion of Court of Civil Appeals, see 248 S. W. 408. Writ of error dismissed for want of jurisdiction. See Magouirk v. Williams, 249 S. W. 185, and other cases by Commission of Appeals, approved March 21, 1923.

**6**

J. L. CHAPMAN v. M. M. REESE. (Supreme Court of Texas. March 11, 1925.) For opinion of Court of Civil Appeals, see 268 S. W. 967.

PER CURIAM. Writ of error refused. The assignment should have been considered, but, it being manifest that it disclosed no reversible error, we refuse the application.

CURETON, C. J., not sitting.

**7**

R. H. CLEM v. J. H. CHAPMAN. (Supreme Court of Texas. June 12, 1924.) For opinion of Court of Civil Appeals, see 262 S. W. 168.

PER CURIAM. Writ of error refused. The facts do not show any alteration in body of note.

CURETON, C. J., not sitting.

**8**

J. B. COCHRAN v. Mrs. Ethel Pierce LLOYD. (Supreme Court of Texas. Feb. 13, 1924.) For opinion of Court of Civil Appeals, see 256 S. W. 337.

PER CURIAM. Writ of error dismissed for want of jurisdiction. Regardless of the correctness of the ruling as to the sufficiency of the petition as against a general demurrer, the case was properly remanded for a new trial.

**9**

James C. DAVIS, Agent, v. C. CHRISTENSON. (Supreme Court of Texas. Feb. 28, 1923.) For opinion of Court of Civil Appeals, see 247 S. W. 303.

PER CURIAM. Writ of error refused. We think there was evidence authorizing the submission of the issue as to the injury being caused by the rope.

**10**

DENTON MILLING CO. v. S. A. BLEWETT. (Supreme Court of Texas. Oct. 24, 1923.) For opinion of Court of Civil Appeals, see 254 S. W. 236.

PER CURIAM. Writ of error refused. The sureties on the supersedeas bond are not complaining of the action of the Court of Civil Appeals in entering judgment against them.

**11**

EARLY–FOSTER CO. v. Calvin D. MOODY et al. (Supreme Court of Texas. March 2, 1923.) For opinion of Court of Civil Appeals, see 246 S. W. 1087.

PER CURIAM. Writ of error dismissed for want of jurisdiction. We have not considered the question of fundamental error, for the reason that it was not raised in the motion for new trial in the Court of Civil Appeals.

**12**

FRANKLIN FIRE INS. CO. et al. v. GUARANTY STATE BANK et al. (Supreme Court of Texas. Nov. 19, 1924.) For opinion of Court of Civil Appeals, see 262 S. W. 769.

PER CURIAM. Writ of error refused. Since, under any proper view of the law, the